**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Bonnie L. Smith Woltman | No.  11-28749 |
| Debtor | Hon.  Donald R. Cassling |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 25, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on William R. Teitelbaum and Glenn B. Stearns on August 25, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Bonnie L. Smith Woltman
28 N. Wisconsin Ave.
Villa Park, IL 60181

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

William R. Teitelbaum
c/o Donald Leibsker
10 S. LaSalle Street, Suite 1230
Chicago, IL 60603